```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ADRIAN BROWN,                                   :
                                                :
                               Plaintiff,    :
                                                :     1:23-cv-7995-GHW
              -against-                   :
                                                :         ORDER
STAGEDNYC, LLC, *and* DEBRA JO           :
JACKSON,                                        :
                                                :
                          Defendants.   :
                                                :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On January 2, 2024, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than January 16, 2024. Dkt. No. 13. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's January 2, 2024 order forthwith, and in no event later than January 23, 2024.

      SO ORDERED.

Dated: January 17, 2024
New York, New York

                                                 GREGORY H. WOODS
                                          United States District Judge