```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Adrian Brown,

                Plaintiff,

-against-

StagedNYC LLC and Debra Jo Jackson,

                Defendants.

1:23-cv-07995 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

        This case contains claims under the Fair Labor Standards Act. On January 23, 2024 an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (*See* Consent, ECF No. 16.) On February 13, 2024, the parties submitted their proposed settlement agreement and related papers. (*See* 2/13/24 Joint Letter, ECF No. 21.)

        Having reviewed the proposed settlement, the Court finds that it is fair and reasonable, given both the nature and scope of Plaintiff's individual claims as well as the risks and expenses involved in additional litigation. *See Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012). In addition, Plaintiff seeks approval of $3,148.02 in attorney's fees, which is one-third of the total settlement amount after deducting $555 in costs. (*See* 2/13/24 Joint Letter at 4-5; *see also* Billing Statement, ECF No. 21-2; Retainer, ECF No. 21-3.) "Contingency fees of one-third or less in FLSA cases are routinely approved in this Circuit." *Aguilar v. Tacos Grand Cent., Inc.*, No. 21-CV-01963 (AT), 2023 WL 2644285, at *2 (S.D.N.Y. Mar. 27, 2023) (citing *Gonzales v. 27 W.H. Bake, LLC*, No. 15-CV-04161, 2018 WL 1918623, at *4 (S.D.N.Y. Apr. 20, 2018) (collecting cases)). Accordingly, the Court finds that the requested attorney's fees are fair and reasonable.

For these reasons, the Court approves the settlement. This action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Clerk of Court is respectfully requested to close this case.

**SO ORDERED.**

Dated:    New York, New York
          February 14, 2024

_____
STEWART D. AARON
United States Magistrate Judge